**IT IS ORDERED as set forth below:**

**Date: November 18, 2019**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

```
              UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                      ROME DIVISION


IN RE: CARL L. MCNEESE AND          { CHAPTER 13
       MELANIE J. SWAFFORD,         {
       DEBTORS                      { CASE NO.: R18-41548-BEM
                                    {
                                    { JUDGE ELLIS-MONRO
```

### ORDER DENYING MOTION TO DISMISS HELD NOVEMBER 6, 2019

The above-styled matter came before the Court, and it appearing to the Court, that an agreement was made at the call of the Court's calendar, to a payment arrangement on a strict compliance basis. It is

HEREBY ORDERED, that the regular Chapter 13 Plan payments shall be remitted to the Chapter 13 plan, commencing with the next plan payment following the entry date of this Order and continuing for twelve (12) months following entry of this Order on a strict compliance basis. It is

FURTHER ORDERED, that should a default occur with any of the above-stated terms the Trustee may submit a Supplemental Report recommending dismissal, and on receipt of such report, the Clerk of Court is hereby authorized and directed to enter an Order of Dismissal without additional notice or hearing.

The Clerk of Court is directed to serve a copy of this Order on those in the attached distribution list.

End of Document

Presented by:

_____/s_____
Sonya Buckley Gordon, Esq.
for Chapter 13 Trustee
GA Bar No. 140987
285 Peachtree Center Ave, Suite 1600
Atlanta, Georgia 30303
 (404) 525-1110
sonyab@atlch13tt.com

```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME DIVISION


IN RE: CARL L. MCNEESE AND          {  CHAPTER 13
       MELANIE J. SWAFFORD,         {
       DEBTOR(S)                    {  CASE NO.: R18-41548-BEM
                                    {
                                    {  JUDGE ELLIS-MONRO


                         DISTRIBUTION LIST


CARL L. MCNEESE
171 STAFFORD WAY
COHUTTA, GA 30710-7824

MELANIE J. SWAFFORD
171 STAFFORD WAY
COHUTTA, GA 30710-7824

RICKMAN & ASSOCIATES
1755 NORTH BROWN RD
STE 200
LAWRENCEVILLE, GA 30043

MARY IDA TOWNSON, ESQ
285 PEACHTREE CENTER AVE, NE
SUITE 1600
ATLANTA, GA 30303
```

```
                         United States Bankruptcy Court
                          Northern District of Georgia
In re:                                                         Case No. 18-41548-bem
Carl Lynn McNeese                                              Chapter 13
Melanie Jean Swafford
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113E-6          User: bennettm              Page 1 of 1              Date Rcvd: Nov 18, 2019
                              Form ID: pdf403             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 20, 2019.
```
db/jtdb        Carl Lynn McNeese,    Melanie Jean Swafford,   171 Stafford Way,    Cohutta, GA  30710-7824
               CARL L. MCNEESE,    171 STAFFORD WAY,     COHUTTA, GA 30710-7824
              +MARY IDA TOWNSON, ESQ,    285 PEACHTREE CENTER AVE, NE,    SUITE 1600,    ATLANTA, GA 30303-1229
               MELANIE J. SWAFFORD,    171 STAFFORD WAY,    COHUTTA, GA 30710-7824
              +RICKMAN & ASSOCIATES,    1755 NORTH BROWN RD,    STE 200,    LAWRENCEVILLE, GA 30043-2018
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

                    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 18, 2019 at the address(es) listed below:
```
              Dan   Saeger    on behalf of Debtor Carl Lynn McNeese dan@whitfieldcountylaw.com
              Dan   Saeger    on behalf of Joint Debtor Melanie Jean Swafford dan@whitfieldcountylaw.com
              Daniel R. Saeger    on behalf of Joint Debtor Melanie Jean Swafford
               thegeorgialawfirm@gmail.com;dan@whitfieldcountylaw.com
              Daniel R. Saeger    on behalf of Debtor Carl Lynn McNeese
               thegeorgialawfirm@gmail.com;dan@whitfieldcountylaw.com
              John A. Medina    on behalf of Creditor    Vanderbilt Mortgage and Finance, Inc.
               jmedina@ksmlawyer.com
              Lisa H. Baggett    on behalf of Creditor    Peoples Loan and Finance Corporation
               lbaggett@sb-law.com, mlee@sb-law.com;efc-sblaw@sb-law.com;clobo@sb-law.com;mflower@sb-law.com
              Mary Ida Townson    courtdailysummary@atlch13tt.com
              Robert J. Solomon    on behalf of Creditor    Peoples Loan and Finance Corporation
               rsolomon@sb-law.com,
               mlee@sb-law.com;efc-sblaw@sb-law.com;mabedinzadeh@sb-law.com;mflower@sb-law.com
              Robert Scott Rickman    on behalf of Debtor Carl Lynn McNeese rob@thegeorgialawfirm.com,
               thegeorgialawfirm@gmail.com;robrickman@gmail.com
              Robert Scott Rickman    on behalf of Joint Debtor Melanie Jean Swafford rob@thegeorgialawfirm.com,
               thegeorgialawfirm@gmail.com;robrickman@gmail.com
                                                                                             TOTAL: 10
```